UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GENEROSO TROMBETTA,<br>    *Plaintiff-Appellant,*<br><br>vs.<br><br>BOARD OF EDUCATION, PROVISO<br>TOWNSHIP HIGH SCHOOL DISTRICT<br>NO. 209, COOK COUNTY, ILLINOIS;<br>RONALD SERPICO;<br>    *Defendants,*<br>  and<br><br>THERESA L. KELLY; EMANUEL "CHRIS"<br>WELCH; DANIEL J. ADAMS; MICHAEL J.<br>CARLSON; RONALD SERPICO; and<br>GREGORY T. JACKSON,<br>    *Defendants-Appellants.* | Case No. 02-C-5895<br><br><br>The Honorable<br>**Matthew F. Kennelly,**<br>Judge Presiding |

## DOCKETING STATEMENT

**Jurisdictional Statement**

The plaintiff sued alleging 42 U.S.C. §1983 claims and pendent Illinois law claims (the latter since dismissed). The federal court has jurisdiction pursuant to 28 U.S.C. §§1331, 1343.

Defendants Theresa L. Kelly, Emanuel Welch, Daniel J. Adams, and Michael J. Carlson, who are elected members of the codefendant, Board of Education, Proviso Township High School District No. 209, Cook County, Illinois, asserted affirmative defenses of legislative immunity and qualified immunity. Defendant Gregory T. Jackson, who is the superintendent of the school board, asserted a defense of qualified immunity. Said defendants moved for summary judgment based, *inter alia*, on these

immunities (dkt. 57). The district court denied the motion for summary judgment on October 21, 2003 (entered on the docket on October 24, 2003) (dkt. 89).

The defendants filed a timely notice of appeal on November 7, 2003. This Court has jurisdiction over the order denying summary judgment under 28 U.S.C. §1291, the collateral order doctrine, and Fed.R.Civ.P. 3 and 4(a). A district court's denial of a claim of qualified immunity is an appealable interlocutory order to resolve questions of law. *Mitchell v. Forsyth*, 472 U.S. 511, 530 (1985). The same rule of appealability applies to the denial of a claim of legislative immunity. *Hansen v. Bennett*, 948 F.2d 397, 399 (7th Cir. 1991).

**Prior or Related Appellate Proceedings**

None.

_____
Stephen R. Swofford, *Counsel of Record*

_____
William J. Holloway

Stephen R. Swofford
William J. Holloway
HINSHAW & CULBERTSON
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601
312-704-3000

5707596v1 817853

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GENEROSO TROMBETTA, ) | |
|     *Plaintiff-Appellant*, ) | |
| ) | |
| vs. ) | |
| ) | |
| BOARD OF EDUCATION, PROVISO ) | |
|  TOWNSHIP HIGH SCHOOL DISTRICT ) | |
| NO. 209, COOK COUNTY, ILLINOIS; ) | Case No. 02-C-5895 |
| RONALD SERPICO; ) | |
|     *Defendants*, ) | |
| and ) | |
| ) | |
| THERESA L. KELLY; EMANUEL "CHRIS" ) | |
| WELCH; DANIEL J. ADAMS; MICHAEL J. ) | |
| CARLSON; RONALD SERPICO; and ) | The Honorable |
| GREGORY T. JACKSON, ) | **Matthew F. Kennelly**, |
|     *Defendants-Appellants*. ) | Judge Presiding |

### NOTICE OF FILING

PLEASE TAKE NOTICE that on the 7th day November, 2003, we filed with the United States District Court of the Northern District of Illinois, Eastern Division, the attached Docketing Statement of defendants, Theresa L. Kelly, Emanuel Welch, Daniel J. Adams, Michael J. Carlson, and Gregory T. Jackson, a copy of which is herewith served upon you.

                                                                                           One of the Attorneys for Defendants-Appellants

Stephen R. Swofford
William J. Holloway
HINSHAW & CULBERTSON
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601
312-704-3000

5708144v1 817853

STATE OF ILLINOIS )
)
COUNTY OF COOK )

## PROOF OF SERVICE

The undersigned, a non-attorney, on oath states that she served the Docketing Statement on behalf of defendants, Theresa L. Kelly, Emanuel Welch, Daniel J. Adams, Michael J. Carlson, and Gregory T. Jackson, by mailing and depositing same in the U.S. mail at 222 N. LaSalle Street, with proper postage prepaid to those on the attached Service List.

_____
Liz Shiroishi

Subscribed and sworn to before me
this 7th day of November, 2003.

_____
Notary Public

OFFICIAL SEAL
NANCY ROWELL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 10-04-06

5708144v1 817853

Trombetta v. Board of Ed.
Matter No. 817853

# SERVICE LIST

Matthew J. Piers
Terence J. Moran
Juliet Berger-White
Gessler Hughes Socol Piers Resnick & Dym, Ltd.
70 W. Madison Street
Suite 2200
Chicago, Illinois 60602

Mark H. Sterk
Odelson & Sterk
3318 W. 95th Street
Evergreen Park, Illinois 60642

Steven R. Miller
L. Scarry
Myers, Miller, Standa & Krauskopf
Two North LaSalle St.
Suite 1200
Chicago, Illinois 60602